```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

INICE WALKER,                          )
                                       )
              Plaintiff,               )
      v.                               )    No. 4:04CV1349-DJS
                                       )
JO ANNE B. BARNHART,                   )
Commissioner of Social Security,       )
                                       )
              Defendant.               )

### JUDGMENT

Pursuant to the memorandum and order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of plaintiff and against defendant, and, pursuant to sentence four of 42 U.S.C. §405(g), the final decision of the Commissioner of Social Security denying plaintiff's application for Disability Insurance Benefits under Title II of the Social Security Act is reversed, and the matter is remanded to the Commissioner for further proceedings consistent with the memorandum and order entered herein this day.

Dated this __14th__ day of March, 2006.

                                    /s/Donald J. Stohr
                                    UNITED STATES DISTRICT JUDGE